STUART F. DELERY
Principal Deputy Assistant Attorney General
KAREN L. LOEFFLER
United States Attorney
RICHARD POMEROY
Assistant United States Attorney
David Fautsch
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, DC  20044-4271
Phone:   (202) 616-4019
Email:   david.n.fautsch@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| THERESA DAYTON, PERSONALLY, AND AS THE REPRESENTATIVE OF THE ESTATE OF THOMAS E. CICARDO<br>    Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA<br>    Defendant<br>    and Third Party Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA and<br>THE ESTATES OF MICHAEL FREYHOLTZ, JEFFREY HILL, and AARON MALONE,<br><br>    Third Party Defendants. | Case No. 3:12-cv-_____<br>(State Court No. 3AN-12-8727 CI)<br><br>**NOTICE OF REMOVAL** |

Defendant United States of America notifies this Court of the removal of this action from the Superior Court for the State of Alaska, Third Judicial District at Anchorage. This action is being removed pursuant to 28 U.S.C. § 1442(a)(1).

Plaintiffs, Theresa Dayton and the Estate of Thomas Cicardo, filed suit against the State of Alaska for wrongful death arising out of the crash of a United States Air Force C-17 during an Alaska Air National Guard training flight. The action commenced in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, on July 24, 2012.

On October 31, 2012, the State of Alaska brought a third party complaint alleging negligence by the United States. The State of Alaska purports to bring suit under the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 *et seq*.

This entire action is removable to federal district court pursuant to 28 U.S.C. § 1442(a)(1), which states that a civil action against the United States shall be removed "to the district court of the United States for the district and division embracing the place wherein it is pending." This action against the United States, pending in Alaska State Court, is therefore removable to the United States District Court for the District of Alaska.

True and correct copies of all pleadings and service of process received by the United States are attached as "Exhibit A."

Dated: December 13, 2012             Respectfully submitted,

                                                   /s/ David Fautsch
                                                   Trial Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2012, I presented the foregoing to the clerk of the court for filing by uploading to the CM/ECF system and to the following counsel of record:

Robert M. Libbey
Libbey Law Offices, LLC
604 West 2nd Ave.
Anchorage, Alaska 99501

Jonathan A. Woodman
Assistant Attorney General
Department of Law
Office of the Alaska Attorney General
1031 W. 4th Ave., Suite 200
Anchorage, Alaska 99501

                                           s/ David N. Fautsch
                                           David N. Fautsch
                                           Trial Attorney
                                           United States Department of Justice