…y Law offices
…. 2nd Avenue
…chorage, AK 99501
(907) 258-1815
(907) 258-1822 Fax

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| Theresa Dayton, Personally And As Personal Representative Of The Estate Of Thomas E. Cicardo,<br><br>    Plaintiffs,<br><br>vs.<br><br>State of Alaska,<br><br>    Defendant. | COPY<br>Original Received<br>JUL 24 2012<br>Clerk of the Trial Courts<br><br>Case No. 3AN-12 8727 CI |

## COMPLAINT

Plaintiff Theresa Dayton, for a claim against the Defendant State of Alaska, alleges as follows:

  1. Plaintiff is the widow of Senior Master Sergeant Thomas E. Cicardo (hereinafter SMSgt. Cicardo), is a resident of Anchorage, Alaska, and brings this action personally and as Personal Representative of the Estate of Thomas E. Cicardo.

  2. Defendant Alaska Air National Guard is a duly constituted agency of the State of Alaska.

  3. Michael Freyholz (hereinafter Maj. Freyholz) was, at all times material hereto, a member of the Alaska Air National Guard, with rank of Major, assigned to the 176th Wing, 249th

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-8727CI
Page 1

Airlift Squadron, as a pilot with flying status for the C-17A Globemaster III (hereinafter C-17).

4. SMSgt. Cicardo was, at all times material hereto, a member of the Alaska Air National Guard, with rank of Master Sergeant, assigned to the 176th Wing, 249th Airlift Squadron, as a load master with flying status for the C-17.

5. Both Maj. Freyholz and SMSgt. Cicardo were, at all times material hereto, stationed at Joint Base Elmendorf-Richardson (hereinafter JBER), in Anchorage, Alaska.

6. Maj. Freyholz had received training and certification in December of 2008, from the 3rd Wing Commander, 11th Air Force, US Air Force, for flying as a Demonstration Pilot for performance of the C-17 Standard Profiles, for Public Air Shows.

7. SMSgt. Cicardo had received training and certification in July of 2010, from the 3rd Wing Commander, 11th Air Force, Pacific Air Forces, United States Air Force, for flying as a Demonstration Load Master for performance of the C-17 Standard Profiles, for Public Air Shows.

8. The 176th Wing, Alaska Air National Guard (hereinafter 176th Wing) and the 3rd Wing, 11th Air Force (hereinafter 3rd Wing) jointly planned to stage an Open House and Public Air Show at JBER on July 29-31, 2010, pursuant to the authority granted by Air Force Instruction 11-209, 4 May 2006, (hereinafter AFI 11-209).

9. AFI 11-209 expressly adopts AFI 11-246 as official

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-_____CI
Page 2

policy for such events.

10. AFI 11-209 expressly extends application of this policy to members of the Air National Guard.

11. An additional sponsor of this event was Alaska Air Show Association, a Non-Profit 501C(3) Corporation.

12. The plan for the event included a demonstration flight of the C-17, pursuant to authority, and in compliance with AFI 11-209 and the procedures set forth as C-17 Standard Profiles, contained in AFI 11-246, and in compliance with each associated, duly executed, Concept Of Operations (hereinafter CONOPS).

13. AFI 11-209 expressly directs that the safety of Air Force personnel and the protection of Air Force aircraft and equipment are paramount.

14. The flight procedures set forth in the AFI 11-246 Standard Profiles are by their terms mandatory.

15. AFI 11-209 prohibited deviation from its terms and the AFI 11-246 Standard Profiles, except for safety of flight.

16. This prohibition is expressly repeated by an April 1, 2007 CONOPS Implementing AFI 11-246 issued by Pacific Air Forces, which exercises authority over 3rd Wing and 176th Wing.

17. This prohibition is also expressly repeated by a November 5, 2003 CONOPS Implementing AFI 11-246 issued by Air Mobility Command, which exercises authority over 3rd Wing and 176th Wing airlift squadrons.

18. AFI 11-209 expressly prohibits aircraft operation

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-2717CI
Page 3

in demonstration flight at less than 130 percent of stall airspeed, except for specific maneuvers not relevant to this complaint.

19. The plan for this Open House and Public Air Show included utilization of a C-17 owned by the 3rd Wing and a flight crew drawn jointly from the 3rd Wing and the 176th Wing.

20. Under the announcement protocol for this public air show, both the 3rd Wing and the 176th Wing would receive public recognition, as well as the individuals performing flight demonstration of the C-17, for their participation.

21. The significant purposes for the public air show were to promote public awareness of unit preparedness, good public relations and recruitment possibilities for the participating military entities.

22. Maj. Freyholz and SMSgt. Cicardo, together with an additional member of the 176th Wing and a member of the 3rd Wing, were members of the demonstration aircrew for the C-17 in this public air show. Maj. Freyholz was selected as the lead pilot and the pilot in command.

23. The directives under which the public air show was conducted required practice flights by the demonstration aircrew, including a practice flight within one week prior to the commencement of the air show, flying those aircraft performance Standard Profiles that were intended to be used in the event.

24. A practice flight was scheduled for the

demonstration aircrew, at JBER, on July 28, 2010.

25. This practice flight was duly authorized and approved by the 176th Wing, on July 27, 2010.

26. Standard Profile 3 of the AFI 11-246 C-17 Standard Profiles, also known as the 12 Minute Profile, began with a maximum power takeoff, followed by a maximum performance climbout to 1,500 feet above ground level (hereinafter AGL), while maintaining minimum safe climbout speed.

27. Upon reaching an altitude of 1,500 feet AGL, Standard Profile 3 required an outbound 80 degree turn away from the runway centerline, followed by a 260 degree turn back to and aligning with the runway centerline, both to be executed at 45 degrees of bank.

28. Standard Profile 3 required the pilot to descend from 1,500 feet to 500 feet AGL, accelerate to approximately 250-300k airspeed, and pass the show center at that altitude over the runway.

29. Prior to beginning the practice flight that took place on July 28, 2010, Maj. Freyholz had developed and utilized his own unauthorized profile for flying the C-17 demonstration, substituting modified maneuvers for those provided in Standard Profile 3 of the Standard Profiles. A copy of this unauthorized profile, marked AA-6 by the Air Force Aircraft Accident Investigation Board, is attached hereto as Exhibit 1.

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-_____ CI
Page 5

30. This unauthorized profile reflected Maj. Freyholz's desire to make his maneuvers more impressive to a viewer on the ground, and to keep his operation of the C-17 closer to the show center, than was possible when following the directives set forth in AFI 11-209, Standard Profile 3 of the AFI 11-246 C-17 Standard Profiles, and the other applicable and restrictive directives.

31. AFI 11-209 expressly directs that the MAJCOM (or equivalent) having jurisdiction over the participating aircrew must approve every uniquely tailored profile prior to execution. No such approval was sought nor obtained by Maj. Freyholz.

32. The changes Maj. Freyholz made with his unauthorized profile combined to substantially compromise the acceleration and lift capabilities of the C-17 prior to and during critical maneuvers; capabilities necessary to the safe performance of Standard Profile 3 of the C-17 Standard Profiles.

33. Execution of this unauthorized profile would require the following:

   a. Commanding a takeoff pitch angle greater than that associated with the maximum performance takeoff specified by Standard Profile 3, diminishing both the rate of climb and the attained climbout air speed.

   b. Initiating an outbound turn away from the runway at below 1,000 AGL, and before reaching the leveling off altitude specified by Standard Profile 3, further compromising

acceleration capability.

  c. Executing the outbound turn at 45-60 degrees bank, violating the 45 degree limit specified by Standard Profile 3, and further compromising acceleration capability.

  d. Leveling off at *between* 1,000-1,500 feet AGL, in violation of the minimum required altitude as specified by Standard Profile 3, and compromising the available altitude to recover from stalled flight.

  e. Executing the 260 degree reversal turn to the runway at 60 degrees bank and holding full inside rudder input, violating the 45 degree banking limit specified by Standard Profile 3, further compromising acceleration capability, and in addition, significantly diminishing lift capability during the execution of this turn.

  34. Adherence to this unauthorized profile in earlier practice by Maj. Freyholz had resulted in the performance of the above described maneuvers with the C-17 in a dynamically low energy state, at airspeeds seriously below the required 130 percent of stall airspeed, and often causing activation of the stall warning system.

  35. Maj. Freyholz had commonly experienced stall warning activations during the 260 degree reversal turn when 60 degrees of bank and full inside rudder were utilized.

  36. Subsequent to receiving his certification as a demonstration pilot, Maj. Freyholz began the teaching of these C-

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-8127 CI
Page 7

17 Standard Profiles to candidates for certification as demonstration pilot and demonstration safety observer.

37. Maj. Freyholz's teaching of the C-17 Standard Profiles included the teaching of the members of the demonstration aircrew who were with him on the flight deck on July 28, 2010.

38. Maj. Freyholz had taught these trainees that an activation of the stall warning during the above described maneuvers of the C-17 Standard Profiles was an anomaly of the C-17, in the performance of these maneuvers, which could be safely accepted.

39. On July 28, 2010, at JBER in Anchorage, Alaska, Maj. Freyholz and the above noted demonstration aircrew began the practice flight for the C-17 Standard Profile 3 demonstration that had been authorized by the 176th Wing as stated herein.

40. Maj. Freyholz intended to conduct the practice flight in accordance with the unauthorized profile he had developed.

41. Maj. Freyholz's initial takeoff, as preserved by the flight data recorders, was executed as follows:

    a. His liftoff airspeed was 128KIAS, and below minimum safe climbout speed, which had been calculated and entered into the mission computer at 133KIAS.

    b. His pitch reached 40 degrees nose up during climbout, and airspeed dropped as low as 89KIAS, well below

minimum safe climbout speed.

c. He lowered the pitch and initiated the outbound turn at approximately 800 feet AGL during climbout, at 111KIAS of airspeed, using a bank angle of up to 57 degrees.

d. He never reached minimum safe climbout speed, nor his own target altitude, during his climbout.

e. He achieved level flight at approximately 850 feet AGL, at 142KIAS airspeed, initiated flap retraction and proceeded outbound for seven seconds.

f. He initiated his reversal turn at approximately 750 feet AGL, with slats fully extended, at full power but in a low energy state, and at only 188KIAS airspeed, once again, below 130 percent of the stall airspeed limit required by the C-17 Standard Profiles.

g. Immediately after he initiated his reversal turn, retraction of the slats was initiated.

h. He banked 60 degrees right wing down and applied right full rudder to execute his reversal turn.

I. Approximately 4 seconds into his reversal turn, at an airspeed of 194KIAS, and at 52 degrees of right bank and full right rudder, the stall warning activated. His altitude at that time was approximately 640 feet AGL.

j. The C-17 Flight Manual warns that traditional indicators of stall are of very limited use in this aircraft and that the aircraft normally should not be operated below stick

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-_____CI
Page 9

shaker/stall warning onset.

        k.    Approximately 4 seconds after stall warning activation, the aircraft stalled. Airspeed was at 198KIAS, and altitude and rudder input had not changed. Bank angle began to increase beyond 60 degrees.

        l.    Maj. Freyholz's response to this increasing bank angle was to reverse aileron input to full left wing down and apply left rudder. His thrust settings remained at full power, as they had been throughout the maneuvers. He did not attempt to lower the aircraft nose.

        m.    Maj. Freyholz's response to this stall, if in fact he recognized it, did not comply with standard procedures for stall recovery, set forth in the C-17 Flight Manual.

        n.    As stall continued and the C-17 lost altitude, the slats continued to retract, further reducing aircraft lift capability.

        o.    Approximately seven and one half seconds after stalling, the C-17 crashed into the ground, killing all aboard.

    42.    Maj. Freyholz's use of his unauthorized profile in this practice flight, in violation of the safety restrictions established by the documents authorizing and defining the C-17 Standard Profiles for aircraft demonstration, was deliberate misconduct.

    43.    Maj. Freyholz's use of his unauthorized profile in

this practice flight, after having experienced repeated activation of the stall warning system and other indications of flight at low energy status on earlier flights flown under his unauthorized profile, manifested a complete disregard of the safety of SMSgt. Cicardo, the other members of his demonstration aircrew, and of the C-17.

44. Maj. Freyholz's intentional use of 60 degrees of bank for the initial turn, when 45 degrees was prescribed, significantly reducing his airspeed and airspace for performing these high performance maneuvers contained in his unauthorized profile; and his intentional reduction of the altitude to a point at which recovery from a stall during his steeply banked 260 degree turn was unlikely; all manifested a complete disregard of the safety of SMSgt. Cicardo, the other members of his demonstration aircrew, and of the C-17.

45. All of the actions by Maj. Freyholz described above were taken during his employment by the State of Alaska, as a member of the 176th Wing of the Alaska Air National Guard, and within the course and scope of his employment.

46. Maj. Freyholz's actions, as described above, were the actual cause of the July 28, 2010, crash of the C-17, and of the death of SMSgt. Cicardo.

47. The above described actions of Maj. Freyholz legally caused the injury and death of SMSgt. Cicardo, and the

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-8727CI
Page 11

consequent harms and losses, suffered and to be suffered, by Plaintiffs Theresa Dayton personally and by the Estate Of Thomas E. Cicardo.

48. The above described injury and death legally caused Plaintiff Theresa Dayton to suffer pain, fright, anxieties, and loss of support and consortium, to her damage in amounts to be proven at trial; but in excess of $100,000.

49. The above described injury and death legally caused SMSgt. Cicardo to suffer pain, fright, and anxieties, prior to his death, recoverable under Section 09.55.570 of the Alaska Statutes, to his damage in amounts to be proven at trial; but in excess of $100,000.

50. The above described injury and death legally caused the harms and losses recoverable under Section 09.55.580 of the Alaska Statutes.

WHEREFORE, Plaintiffs seek judgment against Defendant State of Alaska, personally and on behalf of the Estate Of Thomas E. Cicardo, for compensatory damages as established by the proof at trial, for recoverable costs and attorney fees, and for prejudgment and post judgment interest on the recovery.

Libbey Law Offices, LLC
Attorneys for Plaintiffs

By *[signature]*
Robert M. Libbey
ABA# 6404014

Complaint
Dayton v. State of Alaska
Case No. 3AN-12-____ CI
Page 12

C-17A, T/N 00-0173, 28 July 2010

**AA6. 12 MIN PROFILE (          MP       NOTES)**

```
12 MIN PROFILE

Line-Up - I min warning, ramp @ idle, brake rel
Takeoff - delay rotation about 2 sec
        - pull to 35-40°, pause, push to 25°, pause
        - caught to 45-60° bank - level 1000-1500ft
Time outbound 5-8 sec (longer at high alt)
   - accel entire time
   - 60° bank back to RWY - use full rudder
   - Descend to 500ft in turn
   - Stop north when PFP hits line
   - w/airspace is assured, MAX pwr + Accel to
       highest speed possible
Mx Bag heading
Idle at RWY - Spd Brakes if over 300 KIAS
Call show center "5,4,3,3,2,1 Show Center" (S)
Retract Spd Brake + hurts roll rate
45°-60° bank turn - Extend brakes again + slow
   - time outbound about 2 sec or 270 knots
   - (S) count down on every outbound "5,4,3,2,1, turn"
Turn back to RWY 45°-60° bank
   - Slow through turn, hold speed until PFP hits RWY
     then hold speed
   - PM - App mode, ½ Flaps, gear automatically
     on the turn
   - PF calls for full flaps
   - Finish slowing on final to V_app -10
```

C-17A, T/N 00-0173, 28 July 2010
AA-12

Exhibit __1__
Page _1_ of _2_ Pages

C-17A, T/N 00-0173, 28 July 2010

- [illegible] calls slow center go around with overshoot
- Wait 2 sec for [illegible] & flaps then push to [illegible]
- PF not [illegible] retouch reengage ATS
- Roll out [illegible] put it then back - [illegible] w/ rudder
- PF is [illegible] to reengage if there's an overbank
- Start and check after roll out (PM)
- 5) Make slow center overshoot about 1sec early
- 160 KIAS, 30° bank - optional gear flash
  - On inside of turn?
  - [illegible] wind - shallow initial turn
  - [illegible] wind - steep initial turn
- Ensure approach check complete
- Roll out of turn, wait 2 sec, then back into turn, climbing to 500-1000 ft
- Time 7-10 seconds out bound @ 160 kt then turn
  - gear, ½ flaps, lights, anti-ice, before land check
  - all automatic
- Hold speed through most of turn with overshoot
  - on final slowdown ¾ through turn the overshoot goes away
  - Snap turn if necessary
  - Descend it [illegible] slightly - 140 final - 500 ft
  - If starting at 800 ft, 50 sec turn = 600 VVI
- MAX Brake at touchdown until stop
  - Call "80 knots", exit door (and side), flaps/slats/spoilers
  - Feet on floor, once slowing take out some power
  - 20 kts. ground speed