# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

THERESA DAYTON, PERSONALLY,
AND AS THE REPRESENTATIVE OF
THE ESTATE OF THOMAS E. CICARDO

    Plaintiff,

v.

STATE OF ALASKA,

    Defendant and Third-
    Party Plaintiff,

THE UNITED STATES OF AMERICA,

    Third-Party Defendant.

Case Number 3:12-cv-00245-JWS

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    Dayton's motion for reconsideration at Docket 104 is DENIED and the State of Alaska's motion to Dismiss at Docket 81 is GRANTED.

APPROVED:

_s/John W. Sedwick_
JOHN W. SEDWICK
United States District Judge

Date: December 7, 2015

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

    Lesley K. Allen
    Lesley K. Allen,
District Court Executive/Clerk of Court

[Jmt2 - Basic - rev. 11-2-15}